UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| MARVIN RIST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:12-CV-507 |
| | ) | |
| LAKESHORE DUNE APARTMENTS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the court on the Motion to Request Damages [DE 14], the Motion

for Courts Video Footage and to Proceed Pro Se [DE 16], and the Motions for a Settlement

Conference [DE 17-19] filed by *pro se* plaintiff Martin Rist.

In his motion for damages, Rist lays out the damages he alleges he incurred and asks the

court to recover damages on his behalf.  It is not the duty of the court to recover damages on

behalf of a litigant. Rist must do this on his own.  The court will not assess damages until this

matter has been adjudicated in his favor.  Generally, this is done at trial or upon granting a

motion for summary judgment.  For this reason, the Motion to Request Damages [DE 14] is

**DENIED.**

Rist also asks the court to order the defendant to turnover copies of the payroll hours of

certain employees.  Federal Rule of Civil Procedure 26(d)(1) states that "[a] party may not seek

discovery from any source before the parties have conferred as required by Rule 26(f)."  The

parties have not yet held a conference as required by Rule 26(f) and have not agreed to conduct

discovery.  For this reason, Rist's motion is **DENIED** as premature.  Rist is **ADVISED** that he

may not request discovery until the parties have held a discovery conference as required by Rule

26(f).

      Rist also filed three motions for a settlement conference.  His first two requests [DE 17 & 18] are **DENIED AS MOOT** as the dates requested have since passed.  The court **SETS** this matter for an in-person Rule 16 Preliminary Pretrial Conference on June 14, 2013 at 11:00 a.m. before Magistrate Judge Andrew P. Rodovich.  *See* Attached Notice of Pretrial Conference.  At this time, the parties can discuss the prospect of setting a date for a settlement conference.

      ENTERED This 17th day of May, 2013

      /s/ Andrew P. Rodovich
      Untied States Magistrate Judge